AMERICAN NEWS COMPANY, a Corporation, and C. A. Hawksley, Appellants, v. Ashley HOLDEN, Appellee.

No. 10661.

Circuit Court of Appeals, Ninth Circuit.

July 25, 1944.

Thos. A. E. Lally, of Spokane, Wash., for appellants.

Edge, Davenport, Keith & dePender, of Spokane, Wash., and John T. Raftis, of Colville, Wash., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed with prejudice and without costs to any party, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

John Dionsius COUTSIS, Appellant, v. UNITED STATES of America, Appellee.

No. 10826.

Circuit Court of Appeals, Ninth Circuit.

July 18, 1944.

Louis R. Mercado, of San Francisco, Cal., for appellant.

Frank J. Hennessy, U.S.Atty., and Wm. E. Licking, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

James DOBRY, Appellant, v. Nell OLSON, Warden of Nebraska State Penitentiary at Lancaster, Lancaster County, Nebraska.

No. 12908.

Circuit Court of Appeals, Eighth Circuit.

June 30, 1944.

Writ of Certiorari Denied Oct. 16, 1944.

See 65 S.Ct. 88.

James Dobry, pro se.

PER CURIAM.

Petition for appeal denied.

John FERNOW v. E. H. GUBSER, Trustee, etc., et al.

No. 2903.

Circuit Court of Appeals, Tenth Circuit.

June 17, 1944.

Remington Rogers, of Tulsa, Okl., and Mark Harrington, of Denver, Colo., for appellant.

G. C. Spillers and Paul Pinson, both of Tulsa, Okl., for appellees.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Reversed and remanded without written opinion.